UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MOYE,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 2:20-cv-00323-GMN-NJK<br><br>ORDER |

According to the Clark County Detention Center inmate database, Plaintiff is no longer at the address listed with the Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

For the foregoing reasons,

IT IS ORDERED that Plaintiff shall file his updated address with the Court no later than December 14, 2020.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: November 13, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE